# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130898

J. SILVA GONCALVES,
          Plaintiff-Appellant,

v

COMMUNITY SUPPORT AND TREATMENT
SERVICES, WASHTENAW COUNTY
HEALTH ORGANIZATION, and WASHTENAW
COUNTY,
          Defendants-Appellees.

SC: 130898
COA: 264450
Washtenaw CC: 03-001166-CZ

_____/

      On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120